IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY BARTKO, and GREGORY BARTKO, P.C.,<br><br>Defendants and Third-Party Plaintiffs,<br><br>v.<br><br>SUNTRUST BANK,<br><br>Third-Party Defendant. | Civil Action File No.<br>1:08-CV-2636-ODE |

## STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed among Plaintiff Wachovia Bank, National Association; Defendants/Third-Party Plaintiffs Gregory Bartko and Gregory Bartko, P.C.; and Third-Party Defendant SunTrust Bank that the above-listed action and any and all claims and counterclaims therein

1

are hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

STIPULATED AND AGREED:

**Wachovia Bank, National Association**

_____
Richard B. Herzog, Jr., Esq.
Georgia Bar No. 349508
Lead Counsel for Wachovia Bank, N.A.

Nelson Mullins Riley & Scarborough, LLP
201 17th Street, N.W.
Suite 1700
Atlanta, GA 30363
Tel: (404) 322-6000
Fax: (404) 322-6050
richard.herzog@nelsonmullins.com


**SunTrust Bank**

_____
Joel P. Howle, Esq.
Georgia Bar No. 372710
Lead Counsel for SunTrust Bank

SunTrust Bank
Mail Code 0643
P.O. Box 4418
Atlanta, GA 30302-4418
Tel: (404) 588-8334
Fax: (404) 813-5510
joel.howle@suntrust.com

**Gregory Bartko, P.C.**

_/s/ Gregory Bartko_

Gregory Bartko, Esq.
Georgia Bar No. 040476
Lead Counsel for Gregory Bartko, P.C.

Law Office of Gregory Bartko, LLC
3475 Lenox Road, Suite 400
Atlanta, GA 30326
Tel: (404) 238-0550
Fax: (866) 342-4092
gbartko@securitieslawcounsel.com

**Gregory Bartko**

_/s/ Gregory Bartko_

Gregory Bartko

Law Office of Gregory Bartko, LLC
3475 Lenox Road, Suite 400
Atlanta, GA 30326
Tel: (404) 238-0550
Fax: (866) 342-4092
gbartko@securitieslawcounsel.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| GREGORY BARTKO, and<br>GREGORY BARTKO, P.C., | )<br>)<br>) |
| Defendants and<br>Third-Party Plaintiffs, | )<br>)<br>) |
| v. | )<br>) |
| SUNTRUST BANK, INC., and<br>SUNTRUST BANK, | )<br>)<br>) |
| Third-Party Defendants. | )<br>)<br>)<br>) |

Civil Action File No.
1:08-CV-2636-ODE

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 21, 2009, I electronically filed the within and foregoing *Stipulation to Dismiss With Prejudice* with the Clerk of Court using the CM/ECF system that will automatically send e-mail notification of such filing to the following attorneys of record:

| | |
|---|---|
| Gregory Bartko, Esq.<br>Law Office of Gregory Bartko, LLC<br>3475 Lenox Road, Suite 400<br>Atlanta, GA  30326<br>gbartko@mindspring.com | Joel P. Howle, Esq.<br>SunTrust Bank<br>Mail Code 0643<br>P.O. 4418<br>Atlanta, GA  30302-4418<br>joel.howle@suntrust.com |

This 21st day of May, 2009.

/s Byron C. Starcher
Byron C. Starcher
Georgia Bar No. 676111

*Attorneys for Wachovia Bank, National Association*

NELSON MULLINS RILEY & SCARBOROUGH, LLP
201 17th Street, N.W.
Suite 1700
Atlanta, GA  30363
(404) 322-6000
byron.starcher@nelsonmullins.com